UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et al.,

 Plaintiff(s),

v.

Derek L Bittner D.C., P.C. d/b/a Bittner Chiropractic
Center, et al.,

 Defendant(s).

_____/

Case No.  18-13484

Honorable  Mark A. Goldsmith

Magistrate Judge  Mona K. Majzoub

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action.  Upon review of the record,

having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this

matter by blind draw to another magistrate judge for further proceedings.


Date:  November 9, 2018

s/Mona K. Majzoub
Mona K. Majzoub
U.S. Magistrate Judge

_____

Pursuant to this order, this case is reassigned to Magistrate Judge  Anthony P. Patti                     .
Case assignment credit will be given to the appropriate Judicial Officers.


## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.


Date:  November 9, 2018

s/N. Ahmed
 Deputy Clerk