MIE (Rev. 2/09) Order Re: Disqualification of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY, et al.,

                    Plaintiff(s),                              Case No.  18-13484

v.                                                            Honorable  Mark A. Goldsmith

DEREK L BITTNER D.C., P.C., d/b/a BITTNER
CHIROPRACTIC CENTER, et al.,

                    Defendant(s).
                                                            /

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw

to another judge of this court.


Date:  December 3, 2018                        s/Mark A. Goldsmith
                                              Mark A. Goldsmith
                                              U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge  Nancy G. Edmunds                .
Case assignment credit will be given to the appropriate Judicial Officers.


## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


Date:  December 4, 2018                        s/N. Ahmed
                                                    Deputy Clerk